IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WINSTON, | § |
| Plaintiff, | § Civil Action No. 2:19-cv-00255-WBS-KJN |
| v. | § |
| CREDIT COLLECTION SERVICES, INC., | § |
| Defendant. | § |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

*/s/* Tamar G. Ellyin                                     */s/* Amy L. B. Ginsburg

Tamar G. Ellyin, Esq.                                  Amy L. B. Ginsburg, Esq.
Yu Mohandesi, LLP                                      Kimmel & Silverman, P.C.
633 West Fifth Street                                  30 East Butler Pike
Suite 2800                                             Ambler, PA 19002
Los Angeles, CA 90071                                  Phone: 215-540-8888
Phone: 213-419-9341                                    Fax: 215-540-8817
Email: tellyin@yumollp.com                             Email: teamkimmel@creditlaw.com
Attorney for the Defendant                             Attorney for Plaintiff

Date: July 2, 2019                                     Date: July 2, 2019


BY THE COURT:


_____
                                                                    J.

## **CERTIFICATE OF SERVICE**

      I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Tamar G. Ellyin, Esq.
Yu Mohandesi, LLP
633 West Fifth Street
Suite 2800
Los Angeles, CA 90071
Phone: 213-419-9341
Email:  tellyin@yumollp.com
Attorney for the Defendant


Dated: July 2, 2019            By: /s/ Amy L. Bennecoff Ginsburg
                                        Amy L. Bennecoff Ginsburg, Esq.
                                        Kimmel & Silverman, P.C.
                                        30 E. Butler Avenue
                                        Ambler, PA 19002
                                        Tel: 215-540-8888
                                        Fax: 215-540-8817
                                        Email: teamkimmel@creditlaw.com
                                        Attorney for Plaintiff